1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PAYAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants.<br><br>---<br><br>LUZ RIVERA, et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>    Defendants. | Case No.: 2:14-CV-07360-SVW(JEM)<br>*Deemed related to*<br>           2:14-CV-08036-SVW-(JEM)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION**<br><br>**Trial:** Mar. 17, 2015<br>**FSC:**  Mar. 9, 2015<br><br>**Action Filed:** Aug. 12, 2014<br>**Removal:**      Sep. 19, 2014 |

///
///
///

-1-
[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER

1 | Based upon the Stipulation of the parties and good cause appearing
2 | therefore, the protective order is hereby GRANTED.
3
4
5 | DATED: February 17, 2015   By: /s/ John E. McDermott
   |                                HON. JOHN E. McDERMOTT
6 |                                UNITED STATES MAGISTRATE JUDGE

1 | **SUBMITTED BY:**

3 SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
4 gnishimura@snw-law.com
5 JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
6 ASHLEE P. CLARK (SBN 278672)
7 605 W. Olympic Boulevard, Suite 900
Los Angeles, California 90015
8 Tel.: (213) 481-2869 | Fax: (213) 481-2871

10 Attorneys for Defendants, COUNTY OF LOS ANGELES,
DET. OMAR MIRANDA, DEPUTY JASON PUGA and
11 DEPUTY EDWARD MARTINEZ

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER